IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TAMMY LIDYARD and
CHRISTOPHER CARMICKLE,

    Plaintiffs,

v.                                         CIV No. 18-0846 KG/KK

BOARD OF COUNTY COMM'RS OF TORRANCE COUNTY,
BRANDON WATTS, [FNU] COLLIER, CHARLES BACA,
SANDIA TELEVISION CORPORATION DBA KRQE-TV,
AND BRITTANY BADE,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT SANDIA TELEVISION CORPORATION dba KRQE-TV

THIS MATTER came before the Court on the Stipulated Joint Motion to Dismiss with Prejudice Plaintiffs' Claims against Defendant Sandia Television Corporation dba KRQE-TV filed by Plaintiffs. The Court having considered the Motion, having been advised that this matter has been settled between the parties, and being further advised that no disputes remain between them requiring resolution by this Court, FINDS that it has jurisdiction of the parties and of the subject matter of this case, and that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Complaint and amendments filed by Plaintiffs against Defendant Sandia Television Corporation dba KRQE-TV and all claims that have been or might have been brought in this case on his behalf, are hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

.

**SUBMITTED and APPROVED:**

ESQUIVEL & HOWINGTON, LLC

By: */s/ Martin R. Esquivel*
MARTIN R. ESQUIVEL
Attorney for Defendants
111 Lomas Blvd., NW, Ste. 203
Albuquerque, NM 87102
T: (505) 933-6880
mesquivel@esqlawnm.com


I hereby certify that on this 9th day of December 2019, I filed the foregoing pleading electronically through the CM/ECF System, which caused the below counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Andrew Indahl
Altura Law Firm
500 Marquette Drive NW
Suite 1200
Albuquerque, NM 87102

Mark Drebing
Brandon Huss
Nick Autio
New Mexico Association of Counties
111 Lomas Blvd., NW
Suite 424 A
Albuquerque, NM 87102


*/s/ Martin R. Esquivel*
Martin R. Esquivel